ORIGINAL

**FORM 2**
**COVER SHEET**

RECEIVED & FILED
JUN 24 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)
Travelers Casualty and Surety of America

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): William A. Scott

Firm Name: Pedersen & Scott, P.C.

03-1548C

Post Office Box: 

Street Address: 775 St. Andrews Blvd.

City-State-Zip: Charleston, SC 29407

Telephone & Facsimile Numbers: Phone (843) 556-5656
Fax (843) 556-5635

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 0 0
Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A G R
See attached sheet for three digit codes.

Amount Claimed: $ 52,604.64
Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) 

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.