ORIGINAL

ECF

FILED
JUN 24 2003
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | No.: 03-1548C<br><br>Judge: ____________ |

**NOTICE OF DIRECTLY RELATED CASE**

A. Title and case number of related cases.

***Travelers Casualty and Surety of America v. United States of America, Department of Agriculture*, Case No.: 02-584C (Judge Merow).**

B. Brief statement of relationship of the above actions to instant case.

**The cases involve construction of the USDA Vegetable Laboratory in Charleston, South Carolina under Contract No. 50-3K15-9-0300.**

C. Will assignment to single judge or other action, including consolidation, likely or unlikely conserve judicial resources and promote an efficient determination of actions?

**Assignment to one judge is requested.**

**PEDERSEN & SCOTT, P.C.**

William A. Scott
775 St. Andrews Blvd.
Charleston, South Carolina 29407
(843) 556-5656
ATTORNEY FOR PLAINTIFF

Dated this 23rd day of June, 2003.