IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1548C |
| | ) | ( Judge Wolski ) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 7-day enlargement of time, to and including September 2, 2003, within which to file its response to the complaint. Our response is currently due on August 25, 2003. This is defendant's first request for an enlargement of time for this purpose. The plaintiffs, through counsel, have been contacted by phone regarding this request and do not oppose.

The enlargement is requested to permit defendant sufficient time to complete its answer to plaintiff's complaint. Upon receipt of the complaint, defendant's counsel promptly sent a copy of it to the agency identified in the pleading, i.e., the United States Department of Agriculture ("USDA"), with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] On August 6, 2003, defendant's counsel met with USDA agency

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or

(continued...)

counsel to discuss related pending litigation, as well as the new allegations in the present complaint, and again requested USDA agency counsel to provide a litigation report and suggestions for a responsive pleading. On August 7, 2002, defendant's counsel electronically mailed to USDA agency counsel an incomplete draft framework of an answer to the complaint, requesting that USDA agency counsel provide information necessary to complete the answer. Defendant's counsel has subsequently spoken with USDA agency counsel several times regarding completion of the draft answer. While USDA agency counsel has completed much of his investigation and part of his litigation report, USDA agency counsel is still completing its investigation into several allegations and issues raised in plaintiff's complaint. As soon as this investigation is completed, defendant will be able to complete and file its answer to the complaint. Defendant's counsel and USDA agency counsel estimate that the remaining investigation will be completed in sufficient time to allow for adequate preparation and review and filing of an answer by September 2, 2003.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

---

[1](...continued)
knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs."

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/James M. Meister
JAMES M. MEISTER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 305-3079

OF COUNSEL:

MARK GARRETT, ESQ
Attorney Advisor
General Law Division
United States Department of Agriculture

Date: August 25, 2003

CERTIFICATE OF FILING

I hereby certify that on this 25th day of August, 2003, a copy of the foregoing Defendant's Unopposed Motion For Enlargement Of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James M. Meister